# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| George Barnes | § | Case No. 17-35809 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 123,856.00              Assets Exempt: 5,325.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,819.52     Claims Discharged
                                                 Without Payment:  17,353.20

Total Expenses of Administration: 680.48

---

3) Total gross receipts of $ 2,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 2,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 680.48 | 680.48 | 680.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,664.40 | 16,202.42 | 16,202.42 | 1,819.52 |
| **TOTAL DISBURSEMENTS** | $ 13,664.40 | $ 16,882.90 | $ 16,882.90 | $ 2,500.00 |

4) This case was originally filed under chapteron  11/30/2017 , and it was converted to chapter 7 on  11/02/2018 .  The case was pending for 5 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/20/2019            By:/s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Jeep Cherokee 2013 | 1129-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 625.00 | 625.00 | 625.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 15.48 | 15.48 | 15.48 |
| Associated Bank | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 680.48 | $ 680.48 | $ 680.48 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Radiologists of Joliet, PO Box 3837 Springfield, IL 62708-3837 | | 60.35 | NA | NA | 0.00 |
| | C&R Medical Group, PO Box 5602 Carol Stream, IL 60197-5602 | | 181.15 | NA | NA | 0.00 |
| | CBNA, 50 Northwest Point Road Elk Grove Village, IL 60007 | | 742.00 | NA | NA | 0.00 |
| | City of Chicago, Department of Buildings 2045 W Washington Blvd Chicago, IL 60612 | | 1,040.00 | NA | NA | 0.00 |
| | ComEd, System Credit/Bankruptcy Dept 2100 Swift Drive Oak Brook, IL 60523 | | 33.63 | NA | NA | 0.00 |
| | EM Strategies LTD, PO Box 366 Hinsdale, IL 60522 | | 431.27 | NA | NA | 0.00 |
| | Illinois Emgergency Medical, c/o Merchants Credit Guide 223 W Jackson Blvd Ste 700 Chicago, IL 60606 | | 50.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quest Diagnostics, 1355 Mittel Blvd Wood Dale, IL 60191-1024 | | 50.00 | NA | NA | 0.00 |
| | Silver Cross Hospital, 1900 Silver Cross Blvd New Lenox, IL 60451 | | 381.90 | NA | NA | 0.00 |
| 1 | Abri Credit Union | 7100-000 | 3,428.89 | 3,363.65 | 3,363.65 | 377.74 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | 5,770.94 | 5,099.10 | 5,099.10 | 572.63 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 1,271.90 | 1,271.90 | 142.83 |
| 6 | Comenity Capital Bank/Paypal Credit | 7100-000 | NA | 236.64 | 236.64 | 26.57 |
| 2 | Discover Bank | 7100-000 | 1,494.27 | 1,494.27 | 1,494.27 | 167.81 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 1,395.09 | 1,395.09 | 156.66 |
| 5 | Verizon | 7100-000 | NA | 3,341.77 | 3,341.77 | 375.28 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 13,664.40 | $ 16,202.42 | $ 16,202.42 | $ 1,819.52 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-35809 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | George Barnes | | | | Date Filed (f) or Converted (c): | 11/02/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/28/2017 |
| For Period Ending: | 03/20/2019 | | | | Claims Bar Date: | 06/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5410 W Iowa Street Chicago, Illinois | 123,456.00 | 0.00 | | 0.00 | FA |
| 2. Jeep Cherokee 2013 | 14,100.00 | 0.00 | | 2,500.00 | FA |
| 3. Household goods - Bed, Dressers, Nightstands Armoirs, Dining Room Set, Sofa Desk | 800.00 | 0.00 | | 0.00 | FA |
| 4. Electronics - 2 TVs, 1 stero, Computer, Tablet, Laptop, Playstation, 2 cell phones | 400.00 | 0.00 | | 0.00 | FA |
| 5. Turntable | 200.00 | 0.00 | | 0.00 | FA |
| 6. Clothes | 250.00 | 0.00 | | 0.00 | FA |
| 7. 1 watch | 25.00 | 0.00 | | 0.00 | FA |
| 8. 2 dogs | Unknown | 0.00 | | 0.00 | FA |
| 9. Chase Bank (Held Jointly with Wife) | 1,600.00 | 0.00 | | 0.00 | FA |
| 10. Chase Bank (Joint with wife) | 50.00 | 0.00 | | 0.00 | FA |
| 11. Life Insurance Policy through Wife's Employer | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $140,881.00 $0.00 $2,500.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The final report has been filed.

Initial Projected Date of Final Report (TFR):    Current Projected Date of Final Report (TFR):

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-35809 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: George Barnes | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2443 |
| | Checking |
| Taxpayer ID No: XX-XXX7390 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/20/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/18 | 2 | George Barnes<br>1369 S. Alder Creek CT<br>Romeoville, IL 60446 | Equity Buy OUt | | 1129-000 | $2,500.00 | | $2,500.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $2,490.00 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $2,480.00 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $2,470.00 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $2,460.00 |
| 11/02/18 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | | $640.48 | $1,819.52 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($625.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($15.48) | 2200-000 | | | |
| 11/02/18 | 5002 | Abri Credit Union<br>1350 W Renwick Road<br>Romeoville, Il 60446 | Final distribution to claim 1 representing a payment of 11.23 % per court order. | | 7100-000 | | $377.74 | $1,441.78 |
| 11/02/18 | 5003 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 11.23 % per court order. | | 7100-000 | | $167.81 | $1,273.97 |
| 11/02/18 | 5004 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | | $715.46 | $558.51 |

| | | | Page Subtotals: | $2,500.00 | $1,941.49 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-35809 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: George Barnes | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2443 |
| | Checking |
| Taxpayer ID No: XX-XXX7390 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/20/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 3 representing a payment of 11.23 % per court order. | ($572.63) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 4 representing a payment of 11.23 % per court order. | ($142.83) | 7100-000 | | | |
| 11/02/18 | 5005 | Verizon<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 5 representing a payment of 11.23 % per court order. | | 7100-000 | | $375.28 | $183.23 |
| 11/02/18 | 5006 | Comenity Capital Bank/Paypal Credit<br>C/O Weinstein & Riley, Ps<br>2001 Western Ave., Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 6 representing a payment of 11.23 % per court order. | | 7100-000 | | $26.57 | $156.66 |
| 11/02/18 | 5007 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 7 representing a payment of 11.23 % per court order. | | 7100-000 | | $156.66 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,500.00 | $2,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,500.00 | $2,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,500.00 | $2,500.00 |

Page Subtotals: $0.00    $558.51

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2443 - Checking | $2,500.00 | $2,500.00 | $0.00 |
|  | $2,500.00 | $2,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $2,500.00 |
| Total Gross Receipts: | $2,500.00 |